**SAO**
**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
Email: bpruitt@lvnvlaw.com
Email: jmeservy@lvnvlaw.com
*Attorneys for Defendants*
*Ayman Enterprises, INC. and*
*Clarence Eugene Mitchell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR AVITIA DE LA VEGA, an individual, | Case No.:    2:23-cv-00865-RFB-MDC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | **(Third Request)** |
| AYMAN ENTERPRISES, INC., a foreign corporation; CLARENCE EUGENE MITCHELL, II, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Defendants AYMAN ENTERPRISES, INC., and CLARENCE EUGENE MITCHELL, II, and Plaintiff EDGAR AVITIA DE LA VEGA, through their counsel, submit the foregoing stipulation and order to extend discovery deadlines (60 days) pursuant to LR 26-3 as follows:

1.      Summary of Discovery Completed

To date, the following discovery has been completed in this case

| Item | Date Completed |
|---|---|
| Plaintiff's Initial Rule 26(a) Disclosures | August 1, 2023 |
| Defendants' Initial Rule 26(a) Disclosures | August 4, 2023 |
| Defendants' First Supplemental Rule 26(a) | November 8, 2023 |

| Item | Date Completed |
|---|---|
| Disclosures | |
| Plaintiff's First Set of Requests for Admissions, Requests for Production and Interrogatories to Defendant Ayman Enterprises | August 28, 2023 |
| Plaintiff's First Set of Requests for Production and Interrogatories to Defendant Clarence Eugene Mitchell, II | August 28, 2023 |
| Defendant Clarence Eugene Mitchell Answered Plaintiff's Requests for Production and Interrogatories | November 8, 2023 |
| Defendant Ayman Enterprises Answered Plaintiff's Requests for Admissions, Requests for Production and Interrogatories | November 8, 2023 |
| Defendants First Set of Requests for Admissions, Requests for Production, and Interrogatories to Plaintiff | November 13, 2023 |
| Plaintiff's Responds to Defendants' First Set of Requests for Admissions, Requests for Production, and Interrogatories to Plaintiff | December 13, 2023 |
| Defendants Second Set of Requests for Production | December 26, 2023 |
| Defendant's Second Set of Requests for Production of Documents to Plaintiff | December 26, 2023 |
| Deposition of Plaintiff Edgar Avitia De La Vega | January 19, 2024 |
| Plaintiff's Responses to Defendant's Second Set of Request for Production | January 25, 2024 |
| Deposition of George Gluck, M.D. | February 7, 2024 |
| Deposition of George Tsao, DO | February 14, 2024 |

2.   <u>Discovery Remaining</u>

The following discovery remains to be completed:

   a)   Continued Deposition of George Tsao, DO, scheduled for April 3, 2024;

   b)   Additional Written Discovery;

   c)   Deposition of Person(s) Most Knowledgeable for Defendant;

   d)   Deposition(s) of percipient witnesses;

   e)   Deposition(s) of treating physicians;

   f)   Disclosure of initial and rebuttal expert witnesses; and

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

g) Deposition(s) of all expert witnesses

3.   <u>Reason Why Discovery Was Not Completed</u>

Pursuant to LR 26-3, a "stipulation to extend a discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension." LR 26-3. "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). Typically, good cause is met when there is an absence of bad faith or prejudice to the non-moving party. *Id.*, at 1260.

Here, the parties seek to extend the rebuttal expert designation, discovery cut-off, dispositive motion deadline, and due date for the Joint Pre-Trial Order. All these deadlines are more than 21 days out. The parties also seek to extend the expert designation deadline which is a little less than 21 days out.

In this matter, the parties believe that good cause and excusable neglect to extend the discovery deadlines exists. Defendants have been diligently pursuing radiology images from Plaintiff's treaters, which experts require to opine on Plaintiff's treatment. And, while George Tsao, DO's deposition was being taken on February 14, 2024, there were technical difficulties that led to a significant shortening of the deposition contrary to the original plans of the parties. The parties have since rescheduled a continuance of the deposition of George Tsao, DO, for April 3, 2024, to finish the deposition. But, the Expert Disclosure deadline is set for March 16, 2024, and at the moment, the parties still do not have Dr. Tsao's February 14, 2024 deposition transcript, and will not be able to finish Dr. Tsao's deposition until after the Expert Disclosure deadline. Accordingly, the parties are now seeking an extension to allow experts access to that deposition transcript before the disclosure deadline.

///

///

///

///

///

///

///

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

Furthermore, experts would like sufficient time to review radiology images, and the deposition transcripts of Plaintiff, George Gluck, M.D., and George Tsao, DO. Additional time is needed to obtain and review such information, which will assist the experts in preparing their opinions. Based on these reasons, the parties submit that a brief extension is needed and that the requested extension is absent any bad faith. Lastly, the parties submit that since this extension is stipulated, there is no prejudice to either party.

4.      Proposed Schedule for Completing Discovery

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Amend pleadings or add parties | CLOSED | CLOSED |
| Expert Designations | March 16, 2024 | May 15, 2024 |
| Rebuttal Expert Designations | April 15, 2024 | June 14, 2024 |
| Discovery Cut-off | May 15, 2024 | July 14, 2024 |
| Dispositive Motions | June 15, 2024 | August 14, 2024 |
| Joint Pre-Trial Order | July 15, 2024 | September 13, 2024 |

///

///

///

///

///

///

///

///

///

///

///

///

652.83

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

Counsel add that the requested extension of discovery deadlines is interposed not for purposes of delay, but for the purposes set forth above.

DATED: February 27, 2024

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Joseph A. Gutierrez*
By: _____
    JOSEPH A. GUTIERREZ, ESQ.
    Nevada Bar No. 9046
    JASON R MAIER, ESQ.
    Nevada Bar No. 8557
    STEPHEN G. CLOUGH, ESQ.
    Nevada Bar No. 10549
    8816 Spanish Ridge Avenue
    Las Vegas, Nevada 89148
    *Attorneys for Plaintiff*

DATED: February 27, 2024

**PT LAW**

By: */s/ Pengxiang Tian*
    CALVIN P. TIAN, ESQ.
    Nevada Bar No. 15662
    2820 South Jones Boulevard, Unit 1
    Las Vegas, Nevada 89146
    *Attorneys for Plaintiff*

DATED: February 27, 2024

**BARRON & PRUITT, LLP**

By: */s/ Joseph Meservy*
    WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 6783
    JOSEPH MESERVY, ESQ.
    Nevada Bar No. 14088
    3890 West Ann Road
    North Las Vegas, Nevada 89031
    *Attorneys for Defendant*

**IT IS SO ORDERED.** The parties submitted this stipulation with the wrong case number (2:23-cv-00865-RFB-VCF). The Court cautions the parties to include the correct case on all future filings.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-28-24

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950