SAO
**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
Email: bpruitt@lvnvlaw.com
Email: jmeservy@lvnvlaw.com
*Attorneys for Defendants*
*Ayman Enterprises, INC. and*
*Clarence Eugene Mitchell*

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR AVITIA DE LA VEGA, an individual,<br><br>                         Plaintiff,<br><br>  vs.<br><br>AYMAN ENTERPRISES, INC., a foreign corporation; CLARENCE EUGENE MITCHELL, II, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                         Defendants. | Case No.:       2:23-cv-00865-RFB-VCF<br><br><br>**(AMENDED) STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Fourth Request)** |

Defendants AYMAN ENTERPRISES, INC., and CLARENCE EUGENE MITCHELL, II, and Plaintiff EDGAR AVITIA DE LA VEGA, through their counsel, submit the foregoing stipulation and order to extend discovery deadlines (60 days) pursuant to LR 26-3 as follows:

1.     Summary of Discovery Completed

To date, the following discovery has been completed in this case

| Item | Date Completed |
|---|---|
| Plaintiff's Initial Rule 26(a) Disclosures | August 1, 2023 |
| Defendants' Initial Rule 26(a) Disclosures | August 4, 2023 |
| Defendants' First Supplemental Rule 26(a) | November 8, 2023 |

652.83

1

| Item | Date Completed |
|---|---|
| Disclosures | |
| Plaintiff's First Set of Requests for Admissions, Requests for Production and Interrogatories to Defendant Ayman Enterprises | August 28, 2023 |
| Plaintiff's First Set of Requests for Production and Interrogatories to Defendant Clarence Eugene Mitchell, II | August 28, 2023 |
| Defendant Clarence Eugene Mitchell Answered Plaintiff's Requests for Production and Interrogatories | November 8, 2023 |
| Defendant Ayman Enterprises Answers to Plaintiff's Requests for Admissions, Requests for Production and Interrogatories | November 8, 2023 |
| Defendants First Supplemental Rule 26(a) Disclosures | November 8, 2023 |
| Defendants First Set of Requests for Admissions, Requests for Production, and Interrogatories to Plaintiff | November 13, 2023 |
| Plaintiff's Answers to Defendants' First Set of Requests for Admissions, Requests for Production, and Interrogatories to Plaintiff | December 13, 2023 |
| Defendants Second Set of Requests for Production | December 26, 2023 |
| Deposition of Plaintiff Edgar Avitia De La Vega | January 19, 2024 |
| Plaintiff's Responses to Defendant's Second Set of Request for Production | January 25, 2024 |
| Deposition of George Gluck, M.D. | February 7, 2024 |
| Deposition of George Tsao, DO | February 14, 2024 |
| Defendants Second Supplemental Rule 26(a) Disclosures | March 13, 2024 |
| Deposition of George Tsao, DO | April 3, 2024 |
| Plaintiff's First Supplemental Rule 26(a) Disclosures | May 13, 2024 |
| Plaintiff's Disclosure of Expert Witness | May 15, 2024 |
| Defendant's Disclosure of Expert Witnesses | May 15, 2024 |

2.    <u>Discovery Remaining</u>

The following discovery remains to be completed:

    a)   Deposition of Expert Roger A. Fontes, Jr., M.D., scheduled for July 1, 2024;

    b)   Deposition of Expert John E. Baker, PH.D., P.E., scheduled for August 7, 2024;

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

c) Deposition of Expert Daniel E. Fabito, MD – July 22, 2024 (proposed):

d) Deposition of Expert G. Michael Elkanich, MD – July 23, 2024 (proposed):

e) Additional Written Discovery regarding Plaintiff's previous employers and employment history; Plaintiff's previous workers compensation history; and Plaintiff's updated medical treatment history;

f) Deposition of Person(s) Most Knowledgeable for Defendant Ayman Enterprises, Inc., noticed for July 16, 2024;

g) Disclosure of rebuttal expert witnesses; and

h) Deposition(s) of all rebuttal expert witnesses.

3.    <u>Reason Why Discovery Was Not Completed</u>

Pursuant to LR 26-3, a "stipulation to extend a discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension." LR 26-3. "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). Typically, good cause is met when there is an absence of bad faith or prejudice to the non-moving party. *Id.*, at 1260.

Here, the parties seek to extend the rebuttal expert designation, discovery cut-off, dispositive motion deadline, and due date for the Joint Pre-Trial Order. All these deadlines are more than 21 days out. As such, there is no need for the parties to show excusable neglect and the parties need only to show good cause for the extension. LR 26-3.

In this matter, there is good cause to extend the discovery deadlines. Plaintiff and Defendant would like to retain rebuttal experts, however the exhibits disclosed in this case number in the thousands of pages, and the experts require a suitable amount of time to review the records. In addition, both parties would like to depose each other's experts, because of scheduling difficulties John E. Baker, PH.D., P.E., will not be able to be deposed till after the discovery cutoff of July 14, 2024. Defendants would also like to depose Plaintiff's initial and rebuttal experts as well. Furthermore, lead trial counsel for the defense on this matter spent much of the past month in trial in the Eighth Judicial District Court, Clark County, Nevada, which interrupted the time available to further discovery in this matter.

652.83

Based on these reasons, the parties submit that a brief extension is needed and that the requested extension is absent any bad faith. Lastly, the parties submit that since this extension is stipulated, there is no prejudice to either party.

4. <u>Proposed Schedule for Completing Discovery</u>

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Amend pleadings or add parties | CLOSED | CLOSED |
| Expert Designations | CLOSED | CLOSED |
| Rebuttal Expert Designations | June 14, 2024 | August 13, 2024 |
| Discovery Cut-off | July 14, 2024 | September 12, 2024 |
| Dispositive Motions | August 14, 2024 | October 14, 2024 |
| Joint Pre-Trial Order | September 13, 2024 | November 12, 2024 |

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

652.83

Counsel add that the requested extension of discovery deadlines is interposed not for purposes of delay, but for the purposes set forth above.

DATED: June 13, 2024                    DATED: June 13, 2024

**MAIER GUTIERREZ & ASSOCIATES**        **PT LAW**

    */s/ Joseph A. Gutierrez*
By: _____           By: */s/ Pengxiang Tian*
    JOSEPH A. GUTIERREZ, ESQ.             CALVIN P. TIAN, ESQ.
    Nevada Bar No. 9046                   Nevada Bar No. 15662
    JASON R MAIER, ESQ.                   2820 South Jones Boulevard, Unit 1
    Nevada Bar No. 8557                   Las Vegas, Nevada 89146
    STEPHEN G. CLOUGH, ESQ.               *Attorneys for Plaintiff*
    Nevada Bar No. 10549
    8816 Spanish Ridge Avenue
    Las Vegas, Nevada 89148
    *Attorneys for Plaintiff*


DATED: June 13, 2024

**BARRON & PRUITT, LLP**


By: */s/ William H. Pruitt*
    WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 6783
    JOSEPH MESERVY, ESQ.
    Nevada Bar No. 14088
    3890 West Ann Road
    North Las Vegas, Nevada 89031
    *Attorneys for Defendant*


**IT IS SO ORDERED.**


_____
UNITED STATES MAGISTRATE JUDGE

DATED: 06-18-24

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

652.83

5