UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Edgar Avitia De La Vega,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Ayman Enterprises, Inc., et al.,<br><br>　　　　　Defendant(s). | 2:23-cv-00865-RFB-MDC<br><br>**ORDER SETTING HEARING** |

　　　IT IS ORDERED that the parties shall appear in-person at **9:30 a.m. on May 30, 2025 in Courtroom 3D** for a hearing on the plaintiff's:

　　　1. *Motion to Strike (ECF No. 38)* and

　　　2. *Motion for Sanctions (ECF No. 39).*

Dated: April 14, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge