JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE A. TARMU, ESQ.
Nevada Bar No. 11727
JOHN M. QUINN, ESQ.
Nevada Bar No. 16609
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:  702.629.7900
Facsimile:   702.629.7925
E-mail:      jag@mgalaw.com
             dat@mgalaw.com
             jmq@mgalaw.com

PENGXIANG TIAN, ESQ.
Nevada Bar No. 15662
**PT LAW**
2820 South Jones Boulevard, Unit 1
Las Vegas, Nevada 89146
Telephone:  702.763.5557
Facsimile:   702.956.8023
E-mail:      calvin@ptlawlv.com

*Attorneys for Plaintiff Edgar Avitia De La Vega*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR AVITIA DE LA VEGA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AYMAN ENTERPRISES, INC., a foreign corporation; CLARENCE EUGENE MITCHELL, II, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:   2:23-cv-00865-RFB-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE OF JOINT PRETRIAL ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, EDGAR AVITIA DE LA VEGA ("Plaintiff"), and defendants, AYMAN ENTERPRISES, INC and CLARENCE EUGENE MITCHELL, II, (collectively "Defendants") (together as "Parties"), through their respective counsel, to continue the joint pretrial order deadline to May 9, 2025. This stipulation is

1

made in good faith, for sake of judicial efficiency, and is not intended to cause delay or prejudice to any party. The Parties base this Stipulation on the following:

1. On February 20, 2025, Plaintiff filed his *Renewed Motion for Sanctions due to Defendant Mitchell's Failure to Participate in Discovery* and *Renewed Motion to Strike Defendants' Biomechanical Expert Opinions and Preclude the Same from Trial*.

2. On March 6, 2025, Defendants filed their *Opposition to Plaintiff's Renewed Motion for Sanctions and Opposition to Plaintiff's Renewed Motion to Strike Defendants' Biomechanical Expert Opinions and Preclude the Same from Trial*.

3. On March 13, 2025, Plaintiff filed his *Reply in Support of his Motion for Sanctions and Reply in Support of Motion to Strike Defendants' Biomechanical Expert Opinions and Preclude the Same from Trial*.

4. The parties are currently awaiting the Court's ruling on the pending motions.

Based on the foregoing,

IT IS HEREBY STIPULATE AND AGREED the deadline for Joint Pre-Trial Order be continued to May 9, 2025.

DATED this 11th day of April, 2025.               DATED this 11th day of April, 2025.

**MAIER GUTIERREZ & ASSOCIATES**               **BARRON & PRUITT, LLP**

/s/ Joseph A. Guttierez                                                  /s/ Joseph Meservy
JOSEPH A. GUTIERREZ, ESQ.                          WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 9046                                           Nevada Bar No. 6783
DANIELLE A. TARMU, ESQ.                            JOSEPH MESERVY, ESQ.
Nevada Bar No. 11727                                         Nevada Bar No. 14088
JOHN M. QUINN, ESQ.                                       3890 West Ann Road
Nevada Bar No. 16609                                         North Las Vegas, Nevada 89031
8816 Spanish Ridge Avenue                                *Attorneys for Defendants*
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-14-25

2