WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: bpruitt@lvnvlaw.com
Email: jmeservy@lvnvlaw.com
*Attorneys for Defendants*
*Ayman Enterprises, Inc. and*
*Clarence Eugene Mitchell, II*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR AVITIA DE LA VEGA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AYMAN ENTERPRISES, INC., a foreign corporation; CLARENCE EUGENE MITCHELL, II, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:    2:23-cv-00865-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff EDGAR AVITIA DE LA VEGA, by and through his attorneys of record, MAIER AND GUTIERREZ & ASSOCIATES, and PT LAW and Defendants AYMAN ENTERPRISES, INC. and CLARENCE EUGENE MITCHELL, II by and through their attorneys of record, BARRON & PRUITT, LLP, that the above-entitled matter may be dismissed in its entirety, with prejudice, each party to bear its own costs and fees.

///

///

///

///

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

652.83

1

IT IS FURTHER STIPULATED AND AGREED that all pending deadlines and hearing dates currently scheduled on the Court's calendar may be vacated.

DATED this 29th day of April, 2026      DATED this 29th day of April, 2026

BARRON & PRUITT, LLP      MAIER GUTIERREZ & ASSOCIATES

/s/ Josesph Meservy
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for Defendants*

/s/ Joseph A. Gutierrez
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JOHN M. QUINN, ESQ.
Nevada Bar No. 16609
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

DATED this 29th day of April, 2026

PT LAW

/s/ Pengxiang Tian
PENGXIANG TIAN, ESQ.
Nevada Bar No. 15662
PT LAW
2820 South Jones Boulevard, Unit 1
Las Vegas, Nevada 89146
*Attorney for Plaintiff*

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

*De La Vega v. Ayman Enterprises Inc. and Mitchell II* (Case No. 2:23-cv-00865-RFB-VCF)

## ORDER

Based on the stipulation of counsel and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the above-referenced case shall be DISMISSED WITH PREJUDICE, in its entirety, with each party to bear its own costs and fees incurred. This dismissal is subject to the terms and conditions of the settlement agreement entered into by Plaintiff EDGAR AVITIA DE LA VEGA and Defendants AYMAN ENTERPRISES INC. and CLARENCE EUGENE MITCHELL, II.

**IT IS FURTHER ORDERED** that all pending hearings and deadlines relating to the above-referenced matter shall be vacated.

**IT IS FURTHER ORDERED** that any jury fees paid by the respective parties shall be returned to the same.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Submitted by:
BARRON & PRUITT, LLP

*/s/ Joseph Meservy*
JOSEPH MESERVY, ESQ.
Nevada Bar No. 14088
3890 W. Ann Road
North Las Vegas, NV 89031
*Attorney for Defendants*

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 876-3940
FACSIMILE (702) 870-3950

652.83

3

| From: | Joseph Gutierrez |
|---|---|
| To: | Allysa Chua; Calvin Tian |
| Cc: | John Quinn; Yadira Gonzalez; Joseph Meservy; MaryAnn Dillard; Valeria Hernandez; Bill Pruitt |
| Subject: | RE: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order |
| Date: | Wednesday, April 29, 2026 10:41:44 AM |
| Attachments: | image001.png |

Yes, you can use my e-signature to file.

Thanks,

Joseph A. Gutierrez
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702.629.7900 | Fax: 702.629.7925
jag@mgalaw.com | www.mgalaw.com

**From:** Allysa Chua <AChua@lvnvlaw.com>
**Sent:** Wednesday, April 29, 2026 10:21 AM
**To:** Calvin Tian <calvin@ptlawlv.com>
**Cc:** John Quinn <jmq@mgalaw.com>; Joseph Gutierrez <jag@mgalaw.com>; Yadira Gonzalez <yg@mgalaw.com>; Joseph Meservy <JMeservy@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Subject:** RE: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order
**Importance:** High

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you! Counsel Gutierrez, please advise if I have permission, thank you.

Best,
**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
**p** 702.870.3940|**f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

**From:** Calvin Tian <calvin@ptlawlv.com>
**Sent:** Tuesday, April 28, 2026 6:19 PM
**To:** Allysa Chua <AChua@lvnvlaw.com>
**Cc:** John Quinn <jmq@mgalaw.com>; Joseph Gutierrez <jag@mgalaw.com>; Yadira Gonzalez <yg@mgalaw.com>; Joseph Meservy <JMeservy@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>

**Subject:** Re: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order

You may affix my e-signature to the SAO to dismiss.

Thank you,



Calvin Tian, Esq.

*Attorney at Law*

PT Law | 鹏翔律师楼
(702) 763-5557
Calvin@PTLawLV.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

On Tue, Apr 28, 2026 at 9:50 AM Allysa Chua <AChua@lvnvlaw.com> wrote:

Good morning,

Please see Stipulation and Order to Dismiss with Prejudice attached. Please let me know if I have permission to affix your e-signature.

Best,
**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

---

**From:** Calvin Tian <calvin@ptlawlv.com>
**Sent:** Monday, April 27, 2026 6:39 PM
**To:** Allysa Chua <AChua@lvnvlaw.com>
**Cc:** John Quinn <jmq@mgalaw.com>; Joseph Gutierrez <jag@mgalaw.com>; Yadira Gonzalez <yg@mgalaw.com>; Joseph Meservy <JMeservy@lvnvlaw.com>; MaryAnn Dillard

<MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Bill Pruitt
<BPruitt@lvnvlaw.com>
**Subject:** Re: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc.
et al Order on Joint Pretrial Order

I can confirm that the check has been received as well.

Thanks,



Calvin Tian, Esq.
*Attorney at Law*

PT Law | 鹏翔律师楼
(702) 763-5557
Calvin@PTLawLV.com

The information contained in this transmission may contain privileged and confidential
information. It is intended only for the use of the person(s) named above. If you are not the
intended recipient, you are hereby notified that any review, dissemination, distribution or
duplication of this communication is strictly prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the original message.

On Mon, Apr 27, 2026 at 10:58 AM Allysa Chua <AChua@lvnvlaw.com> wrote:

Good morning,

I just want to clarify with everyone if the settlement-check exchange was done. I received
the Signed Release from Attorney Tian, but I would also like to confirm the receipt of
check by Plaintiff. Upon confirmation, I will proceed to circulate a Stipulation and Order
to Dismiss the case, thank you.

Best,
**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

_____

**From:** Calvin Tian <calvin@ptlawlv.com>

**Sent:** Friday, April 24, 2026 1:32 PM
**To:** Allysa Chua <AChua@lvnvlaw.com>
**Cc:** Yadira Gonzalez <yg@mgalaw.com>; Joseph Meservy <JMeservy@lvnvlaw.com>; Joseph Gutierrez <jag@mgalaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; John Quinn <jmq@mgalaw.com>
**Subject:** Re: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order

Hi Allysa,

You may affix my e-signature to the status report. Attached is also the carrier previously sent a proposed release, which we have signed. Can you send us the proposed SAO to dismiss?

Thanks,

Calvin Tian, Esq.
*Attorney at Law*

PT Law | 鹏翔律师楼
(702) 763-5557
Calvin@PTLawLV.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

On Fri, Apr 24, 2026 at 12:57 PM Allysa Chua <AChua@lvnvlaw.com> wrote:

Good afternoon,

Please see Joint Status Report regarding settlement. Please let me know if I have permission to affix your e-signature. If there are any revisions, then please red-line it for attorney review. Thank you.

Best,
**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

---

**From:** Allysa Chua
**Sent:** Tuesday, April 21, 2026 10:28 AM
**To:** 'Yadira Gonzalez' <yg@mgalaw.com>; Joseph Meservy <JMeservy@lvnvlaw.com>; 'Joseph Gutierrez' <jag@mgalaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** 'John Quinn' <jmq@mgalaw.com>; 'Calvin Tian' <calvin@ptlawlv.com>
**Subject:** RE: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order

Good morning,

Just following up on dismissal documents, thank you.

Best,
**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

---

**From:** Allysa Chua
**Sent:** Monday, March 30, 2026 9:39 AM
**To:** 'Yadira Gonzalez' <yg@mgalaw.com>; Joseph Meservy <JMeservy@lvnvlaw.com>; Joseph Gutierrez <jag@mgalaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** John Quinn <jmq@mgalaw.com>; Calvin Tian <calvin@ptlawlv.com>
**Subject:** RE: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order

Good morning,

Please see Medicare Affidavit for your client, thank you.

Best,
**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

---

**From:** Yadira Gonzalez <yg@mgalaw.com>
**Sent:** Friday, February 20, 2026 3:37 PM

**To:** Joseph Meservy <JMeservy@lvnvlaw.com>; Joseph Gutierrez <jag@mgalaw.com>; Allysa Chua <AChua@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** John Quinn <jmq@mgalaw.com>; Calvin Tian <calvin@ptlawlv.com>
**Subject:** RE: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order

Good afternoon Counsel,

Attached, please find the notice of settlement. Please review and send back your revisions. Otherwise, we will get this on file.

Thank you,

Yadira Gonzalez | Paralegal
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702.629.7900 | Fax: 702.629.7925
yg@mgalaw.com | www.mgalaw.com

---

**From:** Joseph Meservy <JMeservy@lvnvlaw.com>
**Sent:** Wednesday, February 18, 2026 3:43 PM
**To:** Joseph Gutierrez <jag@mgalaw.com>; Yadira Gonzalez <yg@mgalaw.com>; Allysa Chua <AChua@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** John Quinn <jmq@mgalaw.com>; Calvin Tian <calvin@ptlawlv.com>
**Subject:** RE: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

That is my understanding as well.

Joseph R. Meservy, Esq.
Barron & Pruitt, LLP
L A W Y E R S

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or the law firm of Barron & Pruitt, LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail by hitting reply or telephone (702) 870-3940 and promptly destroy the original transmission and its attachments.

---

**From:** Joseph Gutierrez [mailto:jag@mgalaw.com]
**Sent:** Wednesday, February 18, 2026 2:51 PM
**To:** Yadira Gonzalez <yg@mgalaw.com>; Allysa Chua <AChua@lvnvlaw.com>; MaryAnn

Dillard <MDillard@lvnvlaw.com>; Joseph Meservy <JMeservy@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** John Quinn <jmq@mgalaw.com>; Calvin Tian <calvin@ptlawlv.com>
**Subject:** RE: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order

Counsel,

It is my understanding that this case is now settled. We will prepare and file a notice of settlement. Please send us a draft of the settlement release for our review.

Thanks,

Joseph A. Gutierrez
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702.629.7900 | Fax: 702.629.7925
jag@mgalaw.com | www.mgalaw.com

---

**From:** Yadira Gonzalez <yg@mgalaw.com>
**Sent:** Monday, February 9, 2026 1:15 PM
**To:** Allysa Chua <achua@lvnvlaw.com>; MaryAnn Dillard <mdillard@lvnvlaw.com>; Joseph Meservy <jmeservy@lvnvlaw.com>; Valeria Hernandez <vhernandez@lvnvlaw.com>; Bill Pruitt <bpruitt@lvnvlaw.com>
**Cc:** John Quinn <jmq@mgalaw.com>; Joseph Gutierrez <jag@mgalaw.com>; Calvin Tian <calvin@ptlawlv.com>
**Subject:** RE: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order

Good afternoon,

Attached, please find the amended notice of the FRCP 16-3 conference for the above-referenced matter.

Thank you,

Yadira Gonzalez | Paralegal
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702.629.7900 | Fax: 702.629.7925
yg@mgalaw.com | www.mgalaw.com

---

**From:** Allysa Chua <AChua@lvnvlaw.com>
**Sent:** Wednesday, January 14, 2026 9:52 AM
**To:** Joseph Gutierrez <jag@mgalaw.com>

**Cc:** MaryAnn Dillard <MDillard@lvnvlaw.com>; Yadira Gonzalez <yg@mgalaw.com>; John Quinn <jmq@mgalaw.com>; calvin@ptlawlv.com; Joseph Meservy <JMeservy@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>
**Subject:** RE: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning, Counsel:

My name is Allyssa and I will be the paralegal handling this matter from Ms. Varela. I just want to clarify if you meant for February 18 and not the 8th, thanks!

Best,
**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

Barron & Pruitt, LLP
LAWYERS

---

**From:** Joseph Gutierrez <jag@mgalaw.com>
**Sent:** Tuesday, January 13, 2026 9:32 AM
**To:** Valeria Hernandez <VHernandez@lvnvlaw.com>
**Cc:** Allysa Chua <AChua@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Yadira Gonzalez <yg@mgalaw.com>; John Quinn <jmq@mgalaw.com>; calvin@ptlawlv.com
**Subject:** RE: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order
**Importance:** High

Let's plan an amended LR 16-3 conference at my office at 1:30pm on 2/8/26. In the interim, please send us (1) your revised objections to the exhibits, if any, and (2) proposed trial dates for 3rd and 4th quarter of 2026 and the first quarter of 2027.

Yadira – please send out an amended notice of the LR 16-3 conference for this date and time.

Thanks,

Joseph A. Gutierrez
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue

Las Vegas, Nevada 89148
Tel: 702.629.7900 | Fax: 702.629.7925
jag@mgalaw.com | www.mgalaw.com

---

**From:** Valeria Hernandez <VHernandez@lvnvlaw.com>
**Sent:** Tuesday, January 13, 2026 9:24 AM
**To:** Joseph Gutierrez <jag@mgalaw.com>
**Cc:** Allysa Chua <AChua@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Yadira Gonzalez <yg@mgalaw.com>; John Quinn <jmq@mgalaw.com>; calvin@ptlawlv.com
**Subject:** RE: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning:

Mr. Pruitt has trial this month and in early February. He will be available on 02/16, 02/18, and 02/19. Please advise what day works best for your office.

Thanks,

**Valeria Hernandez|Paralegal**
barronpruitt.com|vhernandez@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

**Barron & Pruitt, LLP**
LAWYERS

---

**From:** Joseph Gutierrez <jag@mgalaw.com>
**Sent:** Monday, January 12, 2026 10:46 AM
**To:** Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Yadira Gonzalez <yg@mgalaw.com>; John Quinn <jmq@mgalaw.com>; 'calvin@ptlawlv.com' <calvin@ptlawlv.com>
**Subject:** FW: Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order
**Importance:** High

Hi Bill,

Hope you enjoyed the Holiday season.

Let me know if you have time over the next few days to discuss the amended Pre-Trial Order in the Avitia De La Vega case and the proposed trial dates/information the Court is requesting.

Thanks,

Joseph A. Gutierrez
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702.629.7900 | Fax: 702.629.7925
jag@mgalaw.com | www.mgalaw.com

---

**From:** cmecf@nvd.uscourts.gov <cmecf@nvd.uscourts.gov>
**Sent:** Friday, January 9, 2026 9:59 AM
**To:** cmecfhelpdesk@nvd.uscourts.gov
**Subject:** Activity in Case 2:23-cv-00865-RFB-MDC Avitia De La Vega v. Ayman Enterprises, Inc. et al Order on Joint Pretrial Order

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended. ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

### District of Nevada

### Notice of Electronic Filing

The following transaction was entered on 1/9/2026 at 9:58 AM PST and filed on 1/9/2026

**Case Name:**     Avitia De La Vega v. Ayman Enterprises, Inc. et al

**Case Number:**   2:23-cv-00865-RFB-MDC

**Filer:**

**Document Number:** 58(No document attached)

Docket Text:
MINUTE ORDER IN CHAMBERS of the Honorable Judge Richard F. Boulware, II on 1/9/2026.

The Court The Court Denies the parties [57] Proposed Joint Pretrial Order without prejudice. Parties are instructed to file a complete AMENDED Proposed Joint Pretrial Order by 3/6/2026 inclusive of the missing opposing parties objections to the exhibits, and the missing statement of facts. Counsel should also include new proposed trial dates, including dates in the 3rd and 4th quarter of 2026 and the first quarter of 2027.

(no image attached) (Copies have been distributed pursuant to the NEF - DRS)


**2:23-cv-00865-RFB-MDC Notice has been electronically mailed to:**


William H. Pruitt    bpruitt@lvnvlaw.com, achua@lvnvlaw.com, jvarela@lvnvlaw.com, jwilliams@lvnvlaw.com, khanks@lvnvlaw.com, lmacias@lvnvlaw.com, mdillard@lvnvlaw.com, ncicero@lvnvlaw.com, tyoung@lvnvlaw.com, vhernandez@lvnvlaw.com


Jason Maier    jrm@mgalaw.com, bml@mgalaw.com, cmj@mgalaw.com, dat@mgalaw.com, djb@mgalaw.com, jag@mgalaw.com, jmq@mgalaw.com, jph@mgalaw.com, ndv@mgalaw.com, rjl@mgalaw.com, sar@mgalaw.com, sgc@mgalaw.com, trm@mgalaw.com, wag@mgalaw.com, yg@mgalaw.com


Joseph A. Gutierrez    jag@mgalaw.com, bml@mgalaw.com, cmj@mgalaw.com, djb@mgalaw.com, jmq@mgalaw.com, jph@mgalaw.com, jrm@mgalaw.com, ndv@mgalaw.com, rjl@mgalaw.com, sar@mgalaw.com, sgc@mgalaw.com, trm@mgalaw.com, wag@mgalaw.com, yg@mgalaw.com


Joseph R. Meservy    jmeservy@lvnvlaw.com


Stephen G. Clough    sgc@mgalaw.com, bml@mgalaw.com, cmj@mgalaw.com, dat@mgalaw.com, djb@mgalaw.com, jag@mgalaw.com, jmq@mgalaw.com, jph@mgalaw.com, jrm@mgalaw.com, ndv@mgalaw.com, rjl@mgalaw.com, sar@mgalaw.com, trm@mgalaw.com, wag@mgalaw.com, yg@mgalaw.com


Pengxiang Tian    calvin@ptlawlv.com, alicia@ptlawlv.com


**2:23-cv-00865-RFB-MDC Notice has been delivered by other means to:**

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.